■    In the Matter of MELVIN DITKOWICH, Petitioner, v MAURICE H. NADJARI, Respondent.—Motion by petitioner (1) for permission to have this motion heard by this Appellate Division and (2) to vacate a certain subpoena which directs his appearance and testimony on July 2, 1975. Permission to have the motion heard at this Appellate Division is hereby granted by Mr. Presiding Justice Gulotta pursuant to the provisions of subdivision 2 of section 149 of the Judiciary Law. Motion otherwise denied. Gulotta, P. J., Rabin, Hopkins, Latham and Benjamin, JJ., concur.